UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ELLIS HANSON,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>PIERCE COUNTY JUDICIAL SYSTEM,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-05304-TSZ-TLF<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR JUNE 2, 2023 |

On April 7, 2023, plaintiff filed a proposed civil rights complaint to the Court for filing (Dkt. 1). On April 10, 2023, the Clerk's Office sent plaintiff a letter informing plaintiff that their application was deficient—that the filing fee was not paid—and giving plaintiff until May 10, 2023, to provide either the filing fee or a complete *In Forma Pauperis* (IFP) application. Dkt. 2. To date, plaintiff has not paid the filing fee or filed an IFP application. Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474

REPORT AND RECOMMENDATION - 1

U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **June 2, 2023,** as noted in the caption.

Dated this 12th day of May, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

NOTED FOR JUNE 2, 2023 - 2