UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ELLIS HANSON,

            Plaintiff,

v.

PIERCE COUNTY JUDICIAL SYSTEM,

           Defendants.

Case No. 3:23-cv-05304-TSZ-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's action is DISMISSED without prejudice.

(3)    The Clerk is directed to send copies of this Order to Plaintiff

Dated this 21st of June, 2023.

*Thomas S. Zilly* (signature)

_____
Thomas S. Zilly
United States District Judge

ORDER - 1